ACCEPTED
01-14-01015-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 5:00:33 PM
CHRISTOPHER PRINE
CLERK

NO. 01-14-01015-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/9/2015 5:00:33 PM
CHRISTOPHER A. PRINE
Clerk

## IN THE COURT OF APPEALS
## FOR THE FIRST DISTRICT
## HOUSTON, TEXAS

**SANDRA NZE**
Appellant

**V.**

**UCHENNA NWABUEZE**
Appellee

### APPELLANT'S RESPONSE TO APPELLE'S OBJECTION TO APPELLANT'S REQUEST FOR EXTENTION

Appellant, Sandra Nze, through counsel, Nwadi Nwogu requests the Court to grant Appellant's request for Extension in this matter. This request is not sought for delay but that justice may be done in this matter.

Appellant is Appellee's wife and the co-owner of the property where that she occupies with her and Appellee's two children. Appellee also occupied this property beginning the year, 2002, until late last year when he discovered that his daughter had been diagnosed with cancer and requires immediate surgery. Rather than provide medical care for his daughter, Appellee initiated an eviction of his own entire family from their residence.

The property in question is community property and a Texas court is yet to divide the couple's assets. A divorce proceeding is pending between the parties in this matter with the Fort Bend District Court.

Appellee seeks to evict his wife and children one of whom is very sick and in need of immediate surgical intervention from their rightful residential property since 2002.

Appellant and her children are not tenants as Appellee and counsel allege. They are the rightful owners of the property the reason for this suit.

Appellee has not suffered a financial hardship as a result of his wife and children residing in their rightful home.

Counsel requires reasonable time to do a due diligence review of this matter and competently defend Appellant. Counsel requests the Court to kindly take into consideration that Counsel has previously scheduled depositions and out of city trials through April 28, 2015.

Counsel requests that Appellant's Motion to Extend time to file Appellate Brief be granted and the deadline for the filing of appellant's brief extended at least 30 days from April 28, 2015.

Respectfully submitted,

ODUNZE NWOGU LAW GROUP, P.C.

By: /s/ NWADI NWOGU_____
NWADI NWOGU
Texas Bar No. 24074826
6001 SAVOY DRIVE
SUITE 302
HOUSTON, Texas  77036
Tel. (713)334-8080
Fax. (713)334-3533
Email address: NWADI@ONLAWGROUP.COM

ATTORNEY FOR APPELLANT

## CERTIFICATE OF SERVICE

I certify that on April 9, 2015 a true and correct copy of this document was served by facsimile transmission on Carlette White at 713-391-8724.


/s/ NWADI NWOGU
NWADI NWOGU